

No. 95–5328 (A–123). SATTIEWHITE *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

No. 95–5543 (A–138). BRECHEEN *v.* WARD, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied. 

No. D–1485. IN RE DISBARMENT OF JACOBS, *ante,* p. 1139;

No. 93–9218. BOYD *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, 513 U. S. 837;

No. 94–1339. MALTBY *v.* WINSTON ET AL., *ante,* p. 1141;

No. 94–1388. BERRY ET AL. *v.* PARRISH, KANSAS SECURITIES COMMISSIONER, 514 U. S. 1064;

No. 94–1482. CLOUSER ET AL. *v.* GLICKMAN, SECRETARY OF AGRICULTURE, ET AL., *ante,* p. 1141;

No. 94–1521. SPENCER *v.* MRS. BAIRD'S BAKERIES, INC., ET AL., 514 U. S. 1108;

No. 94–1532. PARKING ASSOCIATION OF GEORGIA, INC., ET AL. *v.* CITY OF ATLANTA, GEORGIA, *ante,* p. 1116;

No. 94–1551. SNEAD ET AL. *v.* GOODYEAR TIRE & RUBBER CO., 514 U. S. 1096;

No. 94–1607. NEAL *v.* BROWN ET AL., 514 U. S. 1127;

No. 94–1672. SHUMATE *v.* NCNB CORP., *ante,* p. 1104;

No. 94–1680. WILSON *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante,* p. 1104;

No. 94–1733. TURNER, AKA FOUTZ *v.* UNITED STATES, *ante,* p. 1104;

No. 94–1759. ELLINGTON ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL., *ante,* p. 1143;

No. 94–1781. ATTORNEY R *v.* MISSISSIPPI BAR, *ante,* p. 1144;

No. 94–1852. ALLEY *v.* GENERAL ELECTRIC CAPITAL CORP., *ante,* p. 1145;

No. 94–7286. PERRYMAN v. PRADO, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, 513 U. S. 1166;

No. 94–7789. DEBARDELEBEN v. QUINLAN ET AL., *ante*, p. 1105;

No. 94–8195. MCCULLUM v. JACKSON PUBLIC SCHOOL DISTRICT, 514 U. S. 1070;

No. 94–8273. HUDSPETH v. UNITED STATES, *ante*, p. 1105;

No. 94–8377. CHASE v. MISSISSIPPI, *ante*, p. 1123;

No. 94–8379. MARTIN v. LOUISIANA, *ante*, p. 1105;

No. 94–8502. BARWICK v. CITY OF AURORA, COLORADO, ANIMAL CARE DIVISION, 514 U. S. 1117;

No. 94–8560. CSOKA v. UNITED STATES ET AL., 514 U. S. 1119;

No. 94–8576. GAMBLE v. TERRY, 514 U. S. 1119;

No. 94–8628. IN RE BEARDEN, 514 U. S. 1126;

No. 94–8655. MASON v. CALIFORNIA, 514 U. S. 1131;

No. 94–8666. BROWN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 514 U. S. 1131;

No. 94–8675. BLACKSTON v. BECKER, JUDGE, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, ET AL., *ante*, p. 1133;

No. 94–8705. DOUGLASS v. ESTATE OF DOUGLASS, *ante*, p. 1106;

No. 94–8707. WEEKS v. KAY & ASSOCIATES, INC., 514 U. S. 1120;

No. 94–8712. MARTIN v. PETERS ET AL., *ante*, p. 1106;

No. 94–8722. ROBERTS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1133;

No. 94–8725. BRANNON v. LAMAINA; and HINTE v. SHUPE, *ante*, p. 1106;

No. 94–8734. WATSON v. MONROE, WARDEN, *ante*, p. 1106;

No. 94–8775. WALLACE, AKA COLE v. WALLACE, *ante*, p. 1107;

No. 94–8778. VOHRA v. SIKAND ENGINEERING ASSOCIATES ET AL., *ante*, p. 1123;

No. 94–8780. WILLIAMS v. RUNYON, POSTMASTER GENERAL, *ante*, p. 1123;

No. 94–8781. MILLER v. WHITE, WARDEN, *ante*, p. 1123;

No. 94–8786. ADAMS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, *ante*, p. 1124;

No. 94–8802. SWAIN v. VIRGINIA, *ante*, p. 1124;

No. 94–8843. SIBAY *v.* CRESTAR FINANCIAL CORP. ET AL., *ante,* p. 1125;

No. 94–8844. BUSCH *v.* NIX ET AL., *ante,* p. 1133;

No. 94–8846. JACOBS *v.* SUPREME COURT OF MISSOURI, *ante,* p. 1133;

No. 94–8856. IGNACIO *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 1125;

No. 94–8904. JONES *v.* ROADWAY EXPRESS, INC., *ante,* p. 1135;

No. 94–8927. JONES ET AL. *v.* NORTH WOODLAND HILLS COMMUNITY ASSN., *ante,* p. 1135;

No. 94–8941. ALEXANDER *v.* JOHNSON ET AL., *ante,* p. 1146;

No. 94–8954. VOHRA *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante,* p. 1146;

No. 94–8958. SCHWARZ *v.* INTERPOL ET AL., *ante,* p. 1146;

No. 94–8959. SCHWARZ *v.* CHURCH OF SCIENTOLOGY INTERNATIONAL ET AL., *ante,* p. 1146;

No. 94–8978. WOOD *v.* ARIZONA, *ante,* p. 1147;

No. 94–8991. MINCEY *v.* THOMAS, WARDEN, *ante,* p. 1147;

No. 94–9017. TOBIAS *v.* TEXAS, *ante,* p. 1126;

No. 94–9051. HUNDLEY *v.* UNITED STATES, *ante,* p. 1109;

No. 94–9063. MORGAN *v.* MACDONALD ET AL., *ante,* p. 1148;

No. 94–9071. GILES *v.* PARKER, WARDEN, *ante,* p. 1163;

No. 94–9097. ALEXANDER *v.* WARD, WARDEN, *ante,* p. 1163;

No. 94–9160. BUTLER *v.* RICHARDS ET AL., *ante,* p. 1136;

No. 94–9190. FREEMAN *v.* CALIFORNIA, *ante,* p. 1149;

No. 94–9206. AZIZ *v.* UNITED STATES, *ante,* p. 1128;

No. 94–9222. SMITH *v.* DRUG ENFORCEMENT AGENCY ET AL., *ante,* p. 1128;

No. 94–9232. COLEMAN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante,* p. 1166;

No. 94–9235. MARK *v.* UNITED STATES, *ante,* p. 1149;

No. 94–9267. CARROLL ET AL. *v.* UNITED STATES, *ante,* p. 1150;

No. 94–9273. LOCKETT *v.* MISSISSIPPI, *ante,* p. 1150;

No. 94–9274. LOCKETT *v.* MISSISSIPPI, *ante,* p. 1150;

No. 94–9348. WALDEMER *v.* UNITED STATES, *ante,* p. 1151; and

No. 94–9392. RUFF *v.* BEAVER ET AL., *ante,* p. 1167. Petitions for rehearing denied.

No. 94–1404. ATTAR ET AL. *v.* UNITED STATES, 514 U. S. 1107. Motion of petitioner Amir James Attar for leave to proceed fur-